UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | **04** CR **10289 MLW** |
| ) | |
| v. ) | CRIMINAL NO.: |
| ) | |
| JOSE MARCILIO CAVAZOS, JR., ) | VIOLATION: |
| TIMOTEO ROSAS ANGUILUD, ) | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| Defendants. ) | Transporting Illegal Aliens |

INDICTMENT

**COUNT ONE**: 8 U.S.C. § 1324(a)(1)(A)(ii) – Transporting Illegal Aliens

The Grand Jury charges that:

On or about August 26, 2004, at Framingham, Massachusetts, in the District of

Massachusetts,

**JOSE MARCILIO CAVAZOS, JR.,**
**TIMOTEO ROSAS ANGUILUD,**

the defendants herein, did knowingly and with reckless disregard of the fact that sixteen illegal

aliens had come to, entered, and remained in the United States unlawfully, transport said aliens

within the United States by means of transportation and otherwise, in furtherance of such

violation of law.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

A TRUE BILL:

_Irene E. Burke_
FOREMAN OF THE GRAND JURY


_P. R. Moore_
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS ; September 22, 2004, at _2:15 pm_.

Returned into the District Court by the Grand Jurors and filed.


_Thomas F. Quinn_
DEPUTY CLERK
9/22/04  @  2:15 pm

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**   04 CR 10289 MLW   **U.S. District Court - District of Massachusetts**

**Place of Offense:** ⌐ **Category No.** II _____   **Investigating Agency** BICE _____

**City** Framingham _____   **Related Case Information:**

**County** Middlesex _____

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant   x _____   New Defendant _____
Magistrate Judge Case Number   04-M00045-LPC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JOSE MARCILIO CAVAZOS, JR. _____   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   Plymouth Co. House of Corrections _____

Birth date: 1974 _____ SS#: _____ Sex: M   Race: Hispanic _____ Nationality: USA _____

**Defense Counsel if known:**   Edward P. Ryan, Jr. _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Paul R. Moore _____   **Bar Number if applicable**   632312

**Interpreter:** ☒ Yes   ☐ No   **List language and/or dialect:**   Spanish

**Matter to be SEALED:** ☐ Yes   ☒ No

☐ **Warrant Requested**   ☐ **Regular Process**   ☒ **In Custody**

**Location Status:**

**Arrest Date:**   8/26/2004 _____

☒ **Already in Federal Custody as**   pre-trial detainee _____ **in**   Plymouth Co. HOC _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:** ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony**   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**   September 22, 2004   **Signature of AUSA:**   P.1 R. M

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**04 CR 10289 MLW**

**District Court Case Number** (To be filled in by deputy _____

**Name of Defendant**    JOSE MARCILIO CAVAZOS, JR.

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1324(a)(1)(A) | Transporting Illegal Aliens | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**District Court Case Number** (To be filled in by deputy) 04 CR 10289 MLW

**Name of Defendant**    JOSE MARCILIO CAVAZOS, JR.

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js 45 - Cavazos - Alien Smuggling.wpd - 3/13/02

**JS 45 (5/97) - (Revised USAO MA 3/25/02)**

**Criminal Case Cover Sheet** 04 CR 1 0 2 8 9 MLW **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** BICE

**City** Framingham      **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant   x      New Defendant _____
Magistrate Judge Case Number   04-M00046-LPC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** TIMOTEO ROSAS ANGUILUD      Juvenile   ☐ Yes   ☒ No

**Alias Name** _____

**Address** Plymouth Co. House of Corrections

**Birth date:** 1954    **SS#:** _____    **Sex:** M    **Race:** Hispanic    **Nationality:** Mexican

**Defense Counsel if known:** George F. Gormley      **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Paul R. Moore      **Bar Number if applicable** 632312

**Interpreter:** ☒ Yes   ☐ No      **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes   ☒ No

   ☐ **Warrant Requested**      ☐ **Regular Process**      ☒ **In Custody**

**Location Status:**

**Arrest Date:** 8/26/2004

☒ **Already in Federal Custody as** pre-trial detainee   in   Plymouth Co. HOC .
☐ **Already in State Custody**      ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** _____ **on** _____

**Charging Document:**   ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 22, 2004      **Signature of AUSA:** _P. R. M_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy** 04 CR 1 0 2 8 9 M L

**Name of Defendant**    **TIMOTEO ROSAS ANGUILUD**

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 U.S.C. § 1324(a)(1)(A) | Transporting Illegal Aliens | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**04 CR 10289 MLW**

**District Court Case Number**  (To be filled in by deputy)

**Name of Defendant**    **TIMOTEO ROSAS ANGUILUD**

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js 45 - Anguilud - Alien Smuggling.wpd - 3/13/02