UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>) NO. 04-10289-MLW<br>JOSE MARCILIO CAVAZOS AND )<br>TIMOTEO ROSAS ANGUILUD )<br>)<br>Defendants. ) | |

### JOINT MOTION FOR FURTHER HEARING ON DEFENDANTS' MOTIONS FOR PRE-TRIAL RELEASE

Now come the defendants, Jose Marcilio Cavazos and Timoteo Rosas Anguilud, and request that this Court hold a further hearing on their request for pre-trial release. Defendants request that this hearing be scheduled for a time that is convenient to both the Court's calendar and to the calendars of counsel for all parties.

Respectfully submitted,

| | |
|---|---|
| **JOSE MARCILIUS CAVAZOS**<br>By his attorney, | **TIMOTEO ROSAS ANGUILUD**<br>By his attorney, |
| /s Edward P. Ryan, Jr. | /s George F. Gormley |
| Edward P. Ryan, Jr.<br>**O'Connor and Ryan, P.C.**<br>61 Academy Road<br>Fitchburg, MA 01420<br>(978) 345-4166<br>BBO# 434960 | George F. Gormley<br>*George F. Gormley, P.C.*<br>655 Summer Street<br>Boston, MA 02210<br>(617) 478-2750<br>BBO# 204140 |

**Dated**:    January 19, 2005