UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10289-MLW

UNITED STATES OF AMERICA

v.

JOSE MARCILIO CAVAZOS, JR.
TIMOTEO ROSAS ANGUILUD

ORDER

January 27, 2005

COHEN, M.

After hearing, the order of detention memorialized in the Memorandum and Order on Government's Motion for Detention (# 17) entered on January 11, 2005, shall stand. At the present time, nothing has changed in terms of facts or roots in the community (this community or Houston, Texas). It may be that new circumstances may warrant revisiting the matter, but that is a matter to await the happening of new circumstances.

_____
UNITED STATES MAGISTRATE JUDGE