UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10289-MLW

UNITED STATES OF AMERICA

v.

JOSE MARCILIO CAVAZOS, JR., ET AL.

FINAL STATUS REPORT

January 27, 2005

COHEN, M.J.

A Final Status Conference was scheduled before this court on Thursday, January 27, 2005, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court reports as follows:

1. All discovery is complete, and no motions are pending

2. Most likely, there will not be a trial in this case. The defendants intend to offer a plea of guilty;

3. As of the date of the Final Status Conference, this court finds and concludes that only fourteen (14) days has elapsed on the Speedy Trial clock;

4. The file is hereby ordered returned to the district judge to whom this case is assigned schedule a Rule 11 hearing.

_____
UNITED STATES MAGISTRATE JUDGE