UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 04-10289-MLW |
| v. ) | |
| ) | |
| TIMOTEO ROSAS ANGUILUD, ) | |
| Defendant. ) | |
| ) | |

## JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this Joint Memorandum For Final Status Conference pursuant to Local Rule 116.5(C).

The parties hereby report that:

1. The government has provided and made available to the defendant all discovery. There are no outstanding discovery issues.

2. Neither of the parties anticipates providing additional discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. At this time, the defendant does not anticipate filing any motions requiring a ruling by the District Court before trial. The defendant, however, reserves the right to file such motions.

6. With regard to Defendant Bowman, the parties have discussed the possibility of an early resolution to the case and consider that outcome, short of trial, to be highly likely.

7. The parties hereby agree to the periods already excluded by order of this Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *(signature)*
Paul R. Moore
Assistant United States Attorney


TIMOTEO ROSAS ANGUILUD
Defendant

By: *(signature)*
George F. Gormley, Esq.
Counsel for Mr. Anguilud


DATE: January 27, 2005