# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSAHCUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | NO. 04-10289-MLW |
| JOSE MARCILIO CAVAZOS, JR., | ) | |
| DEFENDANT | ) | |

## DEFENDANT, JOSE MARCILIO CAVAZOS, JR.'S MOTION FOR A PRE-PLEA PRESENTENCE REPORT
### (Assented to)

Now comes the Defendant, Jose Marcilio Cavazos, Jr., and moves this Honorable Court to order a Pre-Plea Presentence Report prepared by the Probation Department.

As grounds for this request, defense counsel states that a Pre-Plea Presentence Report is necessary to accurately assess the guideline criminal penalties and other sentencing options available to the Court pursuant to 18 U.S.C. § 3553 as Mr. Cavazos considers the alternatives to trial of the crime alleged in the above-captioned indictment.

The government joins with this request.

Respectfully submitted,
The Defendant, by his attorney

/s/ Edward P. Ryan Jr.

Edward P. Ryan Jr.
O'Connor and Ryan, P.C.
61 Academy Street
Fitchburg, MA 01420
978-345-4166
BBO # 434960

Dated:  February 17, 2005