**O'CONNOR AND RYAN, P.C.**
ATTORNEYS AT LAW
61 ACADEMY STREET
FITCHBURG, MASSACHUSETTS 01420-7517

EDWARD P. RYAN, JR.

HARRY D. QUICK, III

TEL. (978) 345-4166
FAX (978) 343-8416

EMAIL: edryan@oconnorandryan.com
EMAIL: harry@oconnorandryan.com

June 9, 2005

Dennis O'Leary, Deputy Clerk
United States District Court
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

RE:   United States vs. Jose Marcilio Cavazos, Jr.

Dear Mr. O'Leary:

    Our office has received Mr. Cavazos' pre-plea presentence report, and have reviewed the same with my client.

    At this time, the defendant would like to schedule a joint change of plea hearing and sentencing hearing for the beginning of August.

    Thank you for your attention to this matter.

Very truly yours,

Edward P. Ryan, Jr.

EPR/b
pc:  Client
     George Gormley, Esq.
     Paul Moore, AUSA