UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                    **CRIMINAL CASE**
                                                     **NO. 04-10289-MLW**

       V.

**JOSE MARCILIO CAVAZOS and TIMOTEO ROSAS ANGUILUD**
       **Defendant(s)**

**NOTICE OF HEARING**

**WOLF, D.J.**

1) PLEASE TAKE NOTICE that the above-titled case has been set for an CHANGE OF PLEA/SENTENCING HEARING on AUGUST 22, 2005 at 2:30 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

2) If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by AUGUST 8, 2005. Any responses shall be filed by AUGUST 15, 2005.

3) Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

                                          SARAH A. THORNTON
                                          CLERK OF COURT

**July 27, 2005**                         By:   /s/ Dennis O'Leary
       Date                                     Deputy Clerk
**Notice to:**
(crim-notice.wpd - 7/99)                        [ntchrgcnf.]
                                                [kntchrgcnf.]