UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                                                                         **CRIMINAL CASE**

                                                                                                          **NO. 04-10289-MLW**
V.

**JOSE MARCILIO CAVAZOS and**
**TIMETEO ROSAS ANGUILUD**
          Defendant(s)

**NOTICE OF HEARING**

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a CHANGE OF PLEA and SENTENCING HEARING on SEPTEMBER 7, 2005 at 11:00 A.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

                                                                SARAH A. THORNTON
                                                                CLERK OF COURT

**August 25, 2005**                                    By:    **/s/ Dennis O'Leary**
          Date                                                          Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                                        [ntchrgcnf.]
                                                                [kntchrgcnf.]