UNITED STATES DISTRICT COURT
DISTRICT OF MASSAHCUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | NO. 04-10289-MLW |
| JOSE MARCILIO CAVAZOS, JR., | ) | |
| DEFENDANT | ) | |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant in the above-entitled matter and moves to continue the sentencing hearing now scheduled for September 7, 2005 at 11:00 AM. As grounds for this motion, the undersigned states that he is presently scheduled to be in the Ayer District Court and the Gardner District Court. Counsel requests that the Sentencing Hearing be rescheduled to September 19, or 28, October 3, or 6, 2005.

Respectfully submitted,
The Defendant, by his attorney

/s/ Edward P. Ryan Jr.

August 31, 2005

_____
Edward P. Ryan Jr.
O'Connor and Ryan, P.C.
ASSENTED TO:                61 Academy Street
                            Fitchburg, MA 01420
                            978-345-4166
_____
Paul Moore, AUSA            BBO # 434960