AO 245B Sheet 1 - Judgment in a Criminal Case - D. Massachusetts (03/02)

# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOE MARCILIO CAVAZOS, JR.<br>(True Name: Mario Bustos) | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: 1: 04 CR 10289 - 001 - MLW<br><br>Edward P. Ryan, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**
- [x] pleaded guilty to count(s): 1
- [ ] pleaded nolo contendere to counts(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 USC § 1324 (a)(1)(A)(ii) | Transporting Illegal Aliens | 08/26/04 | 3 |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) _____ and is discharged as to such count(s).

[ ] Count(s) _____ is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

09/28/05
Date of Imposition of Judgment

Signature of Judicial Officer

The Honorable Mark L. Wolf
Name and Title of Judicial Officer
Judge, U.S. District Court

Defendant's Soc. Sec. No.: XXX-XX-1293
Defendant's Date of Birth: XX/XX/1974
Defendant's USM No.: 25336-038
Defendant's Residence Address:
Plymouth County House of Corrections
26 Long Pond Road
Plymouth, MA 02360
Defendant's Mailing Address:
Same

I hereby certify on 10/4/05 that the foregoing document is true and correct copy of the
[ ] electronic docket in the captioned case
[ ] electronically filed original filed on
[✓] original filed in my office on 10/5/05

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Deputy Clerk

OCT 5, 2005

(35)

AO 245B Sheet 2 - Imprisonment - D. Massachusetts (10/01)

CASE NUMBER: 1: 04 CR 10289 - 001 - MLW
DEFENDANT:     JOE MARCILIO CAVAZOS, JR.

Judgment - Page  2  of  6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   18   month(s)

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____ on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _12/2/05_ to _FCI Bastrop_
at _Bastrop, Texas_, with a certified copy of this judgment.

For: John B. Fox, Warden
UNITED STATES MARSHAL

By _R. Munoz, Lt._
Deputy U.S. Marshal

Continuation Page - Supervised Release/Probation

CASE NUMBER: 1: 04 CR 10289 - 001 - MLW                                 Judgment - Page    of  6
DEFENDANT:      JOE MARCILIO CAVAZOS, JR.

## Continuation of Conditions of [x] Supervised Release ☐ Probation

The defendant shall use his true name and is prohibited from the use of any aliases, false name, false social security number, false date of birth, false place of birth or any other false identification information.

If ordered deported or otherwise required to leave the United States, the defendant is to depart the United States promptly and is not to return without prior permission of the Secretary of Homeland Security.

The defendant's term of supervised release shall be suspended during any period of deportation and will resume if the defendant returns to the United States.

AO 245B Judgment in a Criminal Case - D. Massachusetts (10/01)
Sheet 5, Part A — Criminal Monetary Penalties

Judgment - Page 5 of 6

CASE NUMBER: 1: 04 CR 10289 - 001 - MLW
DEFENDANT: JOE MARCILIO CAVAZOS, JR.

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $100.00 | | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

☐ See Continuation Page

| **TOTALS** | $0.00 | $0.00 | |

☐ If applicable, restitution amount ordered pursuant to plea agreement _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for the  ☐ fine and/or  ☐ restitution.

  ☐ the interest requirement for the  ☐ fine and/or  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B   Judgment in a Criminal Case - D. Massachusetts (10/01)
Sheet 5, Part B — Criminal Monetary Penalties

CASE NUMBER: 1: 04 CR 10289 - 001 - MLW
DEFENDANT:      JOE MARCILIO CAVAZOS, JR.

Judgment - Page 6 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐ Lump sum payment of _____ due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance with ☐ C,   ☐ D, or   ☐ E below; or

B ☒ Payment to begin immediately (may be combined with C, D, or E below); or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Case Number, Defendant Name, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ See Continuation Page

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

(Rev. 6/90)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.    CRIMINAL NO. 04-10289

Jose Cavazos
~~Defendant~~
(Mario Bustos)

MEMORANDUM OF SENTENCING HEARING
AND
REPORT OF STATEMENT OF REASONS

Wolf   D.J.

Counsel and the defendant were present for sentencing hearing on 9/28/05. The matters set forth were reviewed and considered. The reasons for sentence pursuant to Title 18 U.S.C. 3553(c), as set forth herein, were stated in open court.

1. Was the presentence investigation report (PSI) reviewed by counsel and defendant including any additional materials received concerning sentencing?    ✓ Yes __No

2.(a) Was information withheld pursuant to FRCrP 32(c)(3)(A)?    __Yes __No

  (b) If yes to (a), has summary been provided by the court pursuant to FRCrP 32(c)(3)(B)?    __Yes __No

3.(a) Were all factual statements contained in the PSI adopted without objection?    __Yes ✓No

  (b) If no to (a) the PSI was adopted in part with the exception of the following factual issues in dispute:

  (c) Disputed issues have been resolved as follows after __evidentiary hearing, __further submissions and/or __arguments:

This was an extraordinary case in which both adjustments for obstruction and acceptance of responsibility were appropriate, as the government agreed. Defendant was not entitled to a reduction for role or departure for criminal history

[kmemsen.]

36

4.(a)   Are any legal issues in dispute?                                                        ___Yes ___No

        If yes, describe disputed issues and their resolution:

5.(a)   Is there any dispute as to guideline applications (such as
        offense level, criminal history category, fine or restitution)
        as stated in the PSI?                                                                   ___Yes ___No

        If yes, describe disputed areas and their resolution:

   (b)  Tentative findings as to applicable guidelines are:

        Total Offense Level: __14__

        Criminal History Category: __II__

        __18__ to __24__ months imprisonment

        __36__ to __60__ months supervised release

        $__4,000__ to $__40,000__ fine (plus $_____ cost of
                                                           imprisonment/supervision)

        $_____ restitution

        $__100__ special assessment ($_____ on each of
                                           counts                    )

6.(a)   Are there any legal objections to tentative findings?                                   ___Yes ___No

   (b)  If no, findings are adopted by the Court.

   (c)  If yes, describe objections and how they were addressed:

        OR sentence hearing is continued to _____
        to allow for preparation of oral argument or filing of written
        submissions by _____.

2

7.(a)   Remarks by counsel for defendant.[1]   ✓ Yes ___No

 (b)    Defendant speaks on own behalf.          ✓ Yes ___No

 (c)    Remarks by counsel for government.       ✓ Yes ___No

8.(a)   The sentence will be imposed in accordance with the prescribed forms in the Bench Book Sec. 5.02 as follows:

____18____ months imprisonment

_____ months/intermittent community confinement

_____ months probation

____36____ months supervised release

$____0____ fine (including cost of imprisonment/supervision)

$_____ restitution

$___10____ special assessment ($_____ on each of counts _____)

Other provisions of sentence: (community service, forfeiture, etc.)

*If deported, leave promptly & not return w/o authorization of Sec. of HS*

*S.R. suspended while defendant deported & to resume if return*

*Not use false names & identity*

(b) ✓  After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

---

[1] The order of argument and/or recommendations and allocution may be altered to accord with the Court's practice.

3

9. Statement of reasons for imposing sentence.
Check appropriate space.

(a) ✓ Sentence is within the guideline range and that range does not exceed 24 months and the Court finds no reason to depart from the sentence called for by application of the guidelines.

OR __ Sentence is within the guideline range and that range exceeds 24 months and the reasons for imposing the selected sentence are:

(b) __ Sentence departs from the guideline range as a result of

__ substantial cooperation upon motion of the government

OR

__ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

(c) __ Is restitution applicable in this case?                __Yes ✓No

Is full restitution imposed?                                   __Yes __No

If no, less than full restitution is imposed for the following reasons:

4

    (d)____     Is a fine applicable in this case?      ✓ Yes ___ No

               Is the fine within the guidelines imposed?      ___ Yes ✓ No

               If no✓ the fine is not within guidelines or no fine is imposed for the following reasons:

               ✓ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; or

               ___ Imposition of a fine would unduly burden the defendant's dependants; or

               ___ Other reasons as follows:

10.     Was a plea agreement submitted in this case?      ___ Yes ✓ No

         Check appropriate space:

         ___ The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea agreement will not undermine the statutory purposes of sentencing.

         ___ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that is within the applicable guideline range.

         ___ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that departs from the applicable guideline range because the Court is satisfied that such a departure is authorized by 18 U.S.C. 3553(b).

11.     Suggestions for guideline revisions resulting from this case are submitted by an attachment to this report.      ___ Yes ___ No

12.     The PSI is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

13.     Judgment will be prepared by the clerk in accordance with above.

14.     The clerk will provide this Memorandum of Sentencing Hearing And Report of Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

_Sept. 28, 2005_                         _[signature]_
DATE                                                  UNITED STATES DISTRICT JUDGE

(State of Reasons Memo.wpd - 09/96) mlw 9/02                          [kmemsen.]